# LAW OFFICE OF
# SCOTT E. TANNE, ESQ., P.C.
## ATTORNEY - AT - LAW

Scott E. Tanne
Christine F. Curran

4 Chatham Road
Summit, New Jersey 07901
(973) 701-1776
Fax (973) 701-0111
E-mail: info@tannelaw.com

April 7, 2022

Honorable John K. Sherwood, USBJ
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

VIA ELECTRONIC FILING ONLY

*Re: Johnson, Yvette*
*Case No.: 20-23639-JKS*

Honorable Judge Sherwood:

In relation to Debtor's previously filed Motion Objecting to Proofs of Claim, please accept this letter as confirmation that we have notified the parties of the corrected hearing date of May 12, 2022, at 10:00 am.

Respectfully yours,

*[signature]*

Christine Curran