UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
**4 Chatham Road**
**Summit, NJ 07901**
**(973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for the Debtor(s)**

Order Filed on April 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
**Yvette C. Johnson,**

Debtor(s)

Case No.: 20-23639-JKS

Adv. No.:

Hearing Date: March 24, 2022

Judge: Sherwood

### ORDER RESOLVING MOTION REGARDING PROOF OF CLAIM OF NWL COMPANY, LLC (SERVICED BY FAY SERVICING, LLC) (CLAIM TRANSFERRED FROM WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS <u>OWNER TRUSTEE FOR ACM PRIME ALAMOSA 2018 TRUST), CLAIM NO. 13</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 20, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Yvette C. Johnson
Case No.:  20-23639-JKS
Caption of Order: ORDER RESOLVING MOTION REGARDING PROOF OF CLAIM OF NWL COMPANY, LLC (SERVCED BY FAY SERVICING, LLC) (CLAIM TRANSFERRED FROM WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR ACM PRIME ALAMOSA 2018 TRUST), CLAIM NO. 13

---

Upon consideration of Debtors' motion for an order reducing the proof of claim of Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity but Solely in Its Capacity as Owner Trustee for ACM Prime Alamosa 2018 Trust, serviced by BSI Financial Services, Inc. ("BSI Financial Services"), and transferred to NWL Company, LLC (serviced by Fay Servicing, LLC) on November 30, 2021, Claim No. 13, it is hereby

**ORDERED** that the arrears owed to BSI Financial Services shall be paid pursuant to the amended proof of claim docketed February 3, 2022 (Claim No. 13-2).