UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

Order Filed on April 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
**Yvette C. Johnson,**

Debtor(s)

Case No.: 20-23639-JKS

Adv. No.:

Hearing Date: March 24, 2022

Judge: Sherwood

**ORDER RESOLVING MOTION REGARDING PROOF OF CLAIM OF NWL COMPANY, LLC (SERVICED BY FAY SERVICING, LLC) (CLAIM TRANSFERRED FROM WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR ACM PRIME ALAMOSA 2018 TRUST), CLAIM NO. 13**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 20, 2022**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Yvette C. Johnson
Case No.:  20-23639-JKS
Caption of Order: ORDER RESOLVING MOTION REGARDING PROOF OF CLAIM OF NWL COMPANY, LLC (SERVCED BY FAY SERVICING, LLC) (CLAIM TRANSFERRED FROM WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR ACM PRIME ALAMOSA 2018 TRUST), CLAIM NO. 13

---

Upon consideration of Debtors' motion for an order reducing the proof of claim of Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity but Solely in Its Capacity as Owner Trustee for ACM Prime Alamosa 2018 Trust, serviced by BSI Financial Services, Inc. ("BSI Financial Services"), and transferred to NWL Company, LLC (serviced by Fay Servicing, LLC) on November 30, 2021, Claim No. 13, it is hereby

**ORDERED** that the arrears owed to BSI Financial Services shall be paid pursuant to the amended proof of claim docketed February 3, 2022 (Claim No. 13-2).

United States Bankruptcy Court
District of New Jersey

In re:  
Yvette C Johnson  
    Debtor

Case No. 20-23639-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Apr 20, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yvette C Johnson, 754 Jefferson Avenue, Elizabeth, NJ 07201-1240 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NWL Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV DMcDonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Yvette C Johnson ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Steven P. Kelly | on behalf of Creditor Wilmington Savings Fund Society FSB skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Apr 20, 2022 Form ID: pdf903 Total Noticed: 1
TOTAL: 6