| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>**Attorney for the Debtor(s)** | <br><br>Order Filed on May 17, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>**Yvette C. Johnson,**<br><br>Debtor(s) | Case No.: 20-23639-JKS<br><br>Adv. No.:<br><br>Hearing Date: April 28, 2022<br><br>Judge: Sherwood |

## ORDER EXPUNGING THE PROOF OF CLAIM OF LINCOLN AUTOMOTIVE FINANCIAL SERVICES (CLAIM NO. 6)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 17, 2022**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Yvette C. Johnson
Case No.:  20-23639-JKS
Caption of Order: Order Reducing the Proof of Claim of Lincoln Automotive Financial Services

Upon consideration of Debtors' motion for an order reducing the proof of claim of Lincoln Automotive Financial Services (claim no.6), it is hereby

**ORDERED** that the arrears on the proof of claim (Claim No. 6) of Lincoln Automotive Financial Services is hereby expunged.