UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

Order Filed on May 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
**Yvette C. Johnson,**

Debtor(s)

Case No.: 20-23639-JKS

Adv. No.:

Hearing Date: April 28, 2022

Judge: Sherwood

## ORDER EXPUNGING THE PROOF OF CLAIM OF QUANTUM3 GROUP LLC AS AGENT FOR MOMA TURST LLC (CLAIM NO. 1)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 17, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Yvette C. Johnson
Case No.:  20-23639-JKS
Caption of Order: Order Reducing the Proof of Claim of Quantum3 Group LLC as agent for MOMA Trust LLC

Upon consideration of Debtors' motion for an order reducing the proof of claim of Quantum3 Group LLC as agent for MOMA Trust LLC (Claim No.1), it is hereby

**ORDERED** that the proof of claim (Claim No. 1) of Quantum3 Group LLC as agent for MOMA Trust LLC is expunged.