UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

Order Filed on June 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
**Yvette C. Johnson,**

Debtor(s)

Case No.: 20-23639-JKS

Adv. No.:

Hearing Date: May 12, 2022

Judge: Sherwood

## ORDER RESOLVING MOTION OBJECTNG TO PROOF OF CLAIM OF MEB LOAN TRUST IV (SERVICED BY SELECT PORTFOLIO SERVICING) (CLAIM NO. 6)

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 8, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Yvette C. Johnson
Case No.:  20-23639-JKS
Caption of Order: Order Resolving Motion Objecting to Proof of Claim of MEB Loan Trust IV

Upon consideration of Debtors' motion for an order reducing the proof of claim of MEB Loan Trust IV (serviced by Select Portfolio Servicing) (claim no. 6), it is hereby

**ORDERED** that the arrears of MEB Loan Trust IV (serviced by Select Portfolio Servicing) shall be paid pursuant to the proof of claim (claim no. 6).