Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−23639−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Yvette C Johnson
aka Yvette Loftin
754 Jefferson Avenue
Elizabeth, NJ 07201

Social Security No.:
xxx−xx−1857

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 10, 2022.

Dated: June 13, 2022
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 20-23639-JKS

Yvette C Johnson                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 3

Date Rcvd: Jun 13, 2022                  Form ID: plncf13                            Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette C Johnson, 754 Jefferson Avenue, Elizabeth, NJ 07201-1240 |
| 519049045 | | BSI Financial Services, 101 N. 2nd St., Titusville, PA 16354 |
| 519062006 | + | MEB Loan Trust IV c/o Frenkel Lambert Weiss Weisma, 80 Main St, Ste 460, West Orange, NJ 07052-5414 |
| 519449708 | | NWL Company, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519449709 | + | NWL Company, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, NWL Company, LLC Bankruptcy Department 75381-4609 |
| 519057812 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519049062 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 20:47:31 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519049044 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 13 2022 20:43:00 | Barclays Bank Delaware, Attention: Customer Support Department, Po Box 8833, Wilmington, DE 19899-8833 |
| 519049046 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2022 20:46:39 | Capital One, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 519049047 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 13 2022 20:43:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519049048 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2022 20:43:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519049049 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2022 20:43:00 | Comenitybank/boscov, attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519049050 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2022 20:46:58 | Credit One Bank, 585 Pilot Road, Las Vegas, NV 89119-3619 |
| 519049051 | + | Email/PDF: pa_dc_ed@navient.com | Jun 13 2022 20:47:32 | Dept of Ed/Navient, Attn: Claims, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 519049052 | ^ | MEBN | Jun 13 2022 20:40:40 | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |

District/off: 0312-2 — User: admin — Page 2 of 3

Date Rcvd: Jun 13, 2022 — Form ID: plncf13 — Total Noticed: 44

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 519049053 | ^ MEBN | Jun 13 2022 20:41:33 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519049054 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2022 20:43:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519071271 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 13 2022 20:42:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519049055 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 13 2022 20:42:00 | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201-3120 |
| 519049056 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2022 20:47:13 | LVNV Funding LLC, 15 South Main Street, PO Box 10497, Greenville, SC 29603-0497 |
| 519053121 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2022 20:47:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519054567 | Email/Text: EBNBKNOT@ford.com | Jun 13 2022 20:43:00 | Lincoln Automotive Financial Services, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519500280 | + Email/Text: ECF@fayservicing.com | Jun 13 2022 20:43:00 | NWL Company, LLC, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 519059077 | Email/PDF: pa_dc_ed@navient.com | Jun 13 2022 20:46:49 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519121340 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2022 20:47:33 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 519112721 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2022 20:46:56 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519053080 | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2022 20:43:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519049057 | + Email/Text: clientservices@remexinc.com | Jun 13 2022 20:43:00 | Remex Inc., 322 Wall Street, Princeton, NJ 08540-1515 |
| 519057036 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2022 20:43:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519049058 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2022 20:43:00 | Santander Consumer USA, Inc., Po Box 961245, Ft Worth, TX 76161-0244 |
| 519049059 | Email/Text: bankruptcy@savit.com | Jun 13 2022 20:43:00 | Savit Collection Agency, PO BOX 250, East Brunswick, NJ 08816-0250 |
| 519049060 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2022 20:43:00 | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519049061 | + Email/Text: clientservices@simonsagency.com | Jun 13 2022 20:43:00 | Simons Agency Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 519049063 | + Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 20:46:39 | Syncb/walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519050009 | + Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 20:46:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519049064 | + Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 20:46:42 | Synchrony Bank/ JC Penns, PO Box 965060, Orlando, FL 32896-5060 |
| 519049065 | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 20:46:46 | Synchrony Bank/Amazon.com, PO Box 960013, Orlando, FL 32896-0013 |
| 519049067 | Email/Text: epr@telecheck.com | Jun 13 2022 20:43:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519049066 | + Email/Text: bncmail@w-legal.com | Jun 13 2022 20:43:00 | Target, PO BOX 59231, Minneapolis, MN 55459-0231 |
| 519049068 | ^ MEBN | Jun 13 2022 20:41:27 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

District/off: 0312-2                          User: admin                                Page 3 of 3
Date Rcvd: Jun 13, 2022                       Form ID: plncf13                           Total Noticed: 44

519119666          +  Email/Text: bankruptcy@bsifinancial.com

                                              Jun 13 2022 20:43:00    WILMINGTON SAVINGS FUND SOCIETY,
                                                                      FSB, C/O BSI Financial Services, Inc., 314 South
                                                                      Franklin Street,, P.O. Box 517, Titusville, PA
                                                                      16354-0517

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519049043 | ## | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022                            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NWL Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Yvette C Johnson ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Steven P. Kelly | on behalf of Creditor Wilmington Savings Fund Society  FSB skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6