UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for the Debtor(s)

Order Filed on July 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Yvette C. Johnson,

Debtor(s)

Case No.: 20-23639-JKS

Adv. No.:

Hearing Date: July 14, 2022

Judge: Sherwood

## ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES AND EXPENSES TO COUNSEL FOR DEBTOR(S)

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 18, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Yvette C. Johnson
Case No.:  20-23639-JKS
Caption of Order:  Order for Allowance of Pre-Confirmation Attorney Fees and Expenses to Counsel for Debtor

_____

Upon consideration of Debtor's Attorneys application for an order requesting supplemental allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered…………….. $8,268.34

and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)), shall be paid in the following manner:

$2,000.00 retainer deposit paid directly by Debtor as prior to case filing.

$6,268.34 to be paid through the debtor's Chapter 13 Plan.

Any increase to plan Plan payments deemed necessary will be included in the Confirmation Order.