UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
NWL Company, LLC

In Re:

Yvette Johnson,

Debtor.

Case No.:       20-23639-JKS

Chapter:              13

Hearing Date:      10/27/2022

Judge:             Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 754 Jefferson Avenue (Dcoket # 50)

_____

Date: 10/19/2022                            /s/ Denise Carlon
                                            Signature

*rev.8/1/15*