| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>YVETTE C JOHNSON | Case No.: 20-23639<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  JKS |

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/20/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
YVETTE C JOHNSON
754 JEFFERSON AVENUE
ELIZABETH, NJ  07201
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  October 20, 2022

By:  /S/  Keith Guarneri
      Keith Guarneri