UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on January 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

YVETTE C JOHNSON

Case No.:  20-23639 JKS

Hearing Date:  1/12/2023

## INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: January 12, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): YVETTE C JOHNSON

Case No.: 20-23639

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

    THIS MATTER having come before the Court on 01/12/2023 on notice to SCOTT E TANNE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $944.00 to the Trustee's office by 1/30/2023 or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 2/9/2023 at 10:00 AM.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23639-JKS |
| Yvette C Johnson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette C Johnson, 754 Jefferson Avenue, Elizabeth, NJ 07201-1240 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NWL Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Yvette C Johnson ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Steven P. Kelly | on behalf of Creditor Wilmington Savings Fund Society FSB skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

TOTAL: 6