SCOTT E TANNE ESQ
70 BLOOMFIELD AVE
PINE BROOK, NJ  07058

Re:   YVETTE C JOHNSON              Atty:  SCOTT E TANNE ESQ
      754 JEFFERSON AVENUE                 70 BLOOMFIELD AVE
      ELIZABETH,  NJ  07201                PINE BROOK, NJ  07058

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 20-23639

### RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/25/2021 | $782.00 | 7400460000 | 03/01/2021 | $782.00 | 7485207000 |
| 03/30/2021 | $782.00 | 7560063000 | 05/03/2021 | $782.00 | 7636690000 |
| 06/02/2021 | $782.00 | 7703798000 | 06/30/2021 | $782.00 | 7775547000 |
| 08/02/2021 | $782.00 | 7850703000 | 09/02/2021 | $782.00 | 7919777000 |
| 09/08/2021 | ($782.00) | 7919777000 | 09/09/2021 | $782.00 | 7937756000 |
| 10/12/2021 | $782.00 | 8006485000 | 11/15/2021 | $782.00 | 8080670000 |
| 12/03/2021 | $782.00 | 8125709000 | 01/10/2022 | $782.00 | 8199686000 |
| 02/07/2022 | $782.00 | 8260721000 | 03/28/2022 | $782.00 | 8362142000 |
| 05/09/2022 | $782.00 | 8454376000 | 06/06/2022 | $782.00 | 8513071000 |
| 06/27/2022 | $1,564.00 | 8549381000 | 08/08/2022 | $944.00 | 8637832000 |
| 09/19/2022 | $944.00 | 8714871000 | 10/31/2022 | $944.00 | 8794282000 |
| 11/29/2022 | $944.00 | 8849550000 | | | |

**Total Receipts: $17,852.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $17,852.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| FAY SERVICING LLC | | | | | | |
| | 06/20/2022 | $4,623.95 | 892,820 | 07/18/2022 | $726.82 | 894,525 |
| | 08/15/2022 | $1,453.64 | 896,105 | 09/19/2022 | $877.39 | 897,711 |
| | 11/14/2022 | $877.39 | 900,945 | 12/12/2022 | $840.95 | 902,492 |
| | 12/12/2022 | $18.95 | 902,492 | 01/09/2023 | $840.95 | 903,976 |
| | 01/09/2023 | $18.95 | 903,976 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 06/20/2022 | $176.92 | 892,092 | 07/18/2022 | $27.81 | 893,856 |
| | 08/15/2022 | $55.62 | 895,433 | 09/19/2022 | $33.57 | 897,000 |
| | 11/14/2022 | $33.57 | 900,279 | 12/12/2022 | $32.18 | 901,862 |
| | 01/09/2023 | $32.18 | 903,356 | | | |

### CLAIMS AND DISTRIBUTIONS

Chapter 13 Case # 20-23639

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 912.82 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,268.34 | 100.00% | 6,268.34 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | FAY SERVICING LLC | MORTGAGE ARRE | 32,428.96 | 100.00% | 10,241.09 | 22,187.87 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,497.92 | 100.00% | 0.00 | 3,497.92 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 168.57 | 100.00% | 0.00 | 168.57 |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 825.20 | 100.00% | 0.00 | 825.20 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 2,438.59 | 100.00% | 0.00 | 2,438.59 |
| 0009 | NAVIENT SOLUTIONS LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 481.45 | 100.00% | 0.00 | 481.45 |
| 0015 | REMEX INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | SANTANDER CONSUMER USA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 1,240.78 | 100.00% | 391.85 | 848.93 |
| 0019 | SIMONS AGENCY INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | SYNCB/WALMART | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | SYNCHRONY BANK/ JC PENNS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | SYNCHRONY BANK/AMAZON.COM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | TARGET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | LVNV FUNDING LLC | UNSECURED | 889.79 | 100.00% | 0.00 | 889.79 |
| 0030 | QUANTUM3 GROUP LLC | UNSECURED | 94.57 | 100.00% | 0.00 | 94.57 |
| 0031 | LINCOLN AUTOMOTIVE FINANCIAL SER\ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | FAY SERVICING LLC | (NEW) MTG Agree | 538.00 | 100.00% | 37.90 | 500.10 |

Total Paid: $17,852.00
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $17,852.00    -    Paid to Claims: $10,670.84    -    Admin Costs Paid: $7,181.16    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.