Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20−23639−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yvette C Johnson
    aka Yvette Loftin
    754 Jefferson Avenue
    Elizabeth, NJ 07201
Social Security No.:
    xxx−xx−1857
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/27/23 at 10:00 AM

to consider and act upon the following:

*70* – Motion to Approve Loan Modification with Fay Servicing, LLC Filed by Scott E. Tanne on behalf of Yvette C Johnson. Objection deadline is 04/14/2023. (Attachments: # 1 Attorney Certification # 2 Debtor Certification # 3 Exhibit A # 4 Proposed Order # 5 Certificate of Service) (Tanne, Scott)

*73* – Limited Objection to Motion to Approve Loan Modification (related document:70 Motion to Approve Loan Modification with Fay Servicing, LLC Filed by Scott E. Tanne on behalf of Yvette C Johnson. Objection deadline is 04/14/2023. (Attachments: # 1 Attorney Certification # 2 Debtor Certification # 3 Exhibit A # 4 Proposed Order # 5 Certificate of Service) filed by Debtor Yvette C Johnson) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 4/3/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court