UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCOTT E. TANNE, ESQ., P.C.**
**70 Bloomfield Ave., Suite 203**
**Pine Brook, NJ 07058**
**(973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for the Debtor(s)**

Order Filed on July 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:



**Yvette C. Johnson**,
Debtor(s)

Case No.: 20-23639-JKS

Adv. No.:

Hearing Date: July 13, 2023

Judge:  Sherwood

**ORDER FOR SUPPLEMENTAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT TO
ATTORNEY FOR DEBTOR(S)**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 20, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Yvette C. Johnson
Case No.:  20-23639-JKS
Caption of Order:  Order for Supplemental Allowance of Compensation and Reimbursement to Attorney for
Debtors

Upon consideration of Debtor's Attorneys application for an order requesting

supplemental allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement
of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered…………….. $2,815.65
and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in
accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)),
shall be paid in the following manner:

Through the debtor's Chapter 13 Plan.

The debtor's monthly Plan is modified to require a payment of $425.00 per month for
the remaining 30 months to allow for payment of the above fee.  Increased Plan payments to
commence July 2023.

In the event that the case is dismissed prior to payment of fees and expenses ordered
herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this
order before a refund is issued to the debtor.