Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23639−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvette C Johnson
   aka Yvette Loftin
   754 Jefferson Avenue
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−1857

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       2/8/24
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney

COMMISSION OR FEES
$1,152.00

EXPENSES
$3.63

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 12, 2024
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23639-JKS |
| Yvette C Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 12, 2024 | Form ID: 137 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette C Johnson, 754 Jefferson Avenue, Elizabeth, NJ 07201-1240 |
| 519049043 | | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 519049045 | | BSI Financial Services, 101 N. 2nd St., Titusville, PA 16354 |
| 520097096 | + | MEB Loan Trust IV, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519062006 | + | MEB Loan Trust IV c/o Frenkel Lambert Weiss Weisma, 80 Main St, Ste 460, West Orange, NJ 07052-5414 |
| 519449708 | | NWL Company, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519449709 | + | NWL Company, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, NWL Company, LLC Bankruptcy Department 75381-4609 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 21:07:44 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519049044 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 12 2024 20:52:00 | Barclays Bank Delaware, Attention: Customer Support Department, Po Box 8833, Wilmington, DE 19899-8833 |
| 519049046 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2024 21:35:54 | Capital One, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 519049047 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 12 2024 20:53:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519049048 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2024 20:52:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519049049 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2024 20:52:00 | Comenitybank/boscov, attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519049050 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 12 2024 21:19:08 | Credit One Bank, 585 Pilot Road, Las Vegas, NV 89119-3619 |
| 519049051 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 12 2024 21:19:22 | Dept of Ed/Navient, Attn: Claims, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 519049052 | | Email/Text: bankruptcycourts@equifax.com | Jan 12 2024 20:52:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519049053 | ^ | MEBN | Jan 12 2024 20:50:14 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519049054 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 12 2024 20:52:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519071271 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2024 20:51:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519049055 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2024 20:51:00 | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201-3120 |
| 519049056 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 21:07:46 | LVNV Funding LLC, 15 South Main Street, PO Box 10497, Greenville, SC 29603-0497 |
| 519053121 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 21:08:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519054567 | | Email/Text: EBNBKNOT@ford.com | Jan 12 2024 20:53:00 | Lincoln Automotive Financial Services, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519500280 | + | Email/Text: ECF@fayservicing.com | Jan 12 2024 20:52:00 | NWL Company, LLC, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 519059077 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 12 2024 21:35:53 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519121340 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2024 21:36:48 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 519112721 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2024 21:35:35 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519053080 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2024 20:53:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519049057 | + | Email/Text: clientservices@remexinc.com | Jan 12 2024 20:52:00 | Remex Inc., 322 Wall Street, Princeton, NJ 08540-1515 |
| 519057812 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 12 2024 20:52:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519049062 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 12 2024 20:52:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519057036 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 20:53:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519049058 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 20:53:00 | Santander Consumer USA, Inc., Po Box 961245, Ft Worth, TX 76161-0244 |
| 519049059 | | Email/Text: bankruptcy@savit.com | Jan 12 2024 20:53:00 | Savit Collection Agency, PO BOX 250, East Brunswick, NJ 08816-0250 |
| 519049060 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 12 2024 20:53:00 | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519049061 | + | Email/Text: clientservices@simonsagency.com | Jan 12 2024 20:53:00 | Simons Agency Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 519049063 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 21:19:56 | Syncb/walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519050009 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 21:07:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519049064 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 21:08:08 | Synchrony Bank/ JC Penns, PO Box 965060, Orlando, FL 32896-5060 |
| 519049065 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 21:08:08 | Synchrony Bank/Amazon.com, PO Box 960013, Orlando, FL 32896-0013 |
| 519049067 | | Email/Text: epr@telecheck.com | Jan 12 2024 20:53:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519049066 | + | Email/Text: bncmail@w-legal.com | Jan 12 2024 20:52:00 | Target, PO BOX 59231, Minneapolis, MN 55459-0231 |

Case 20-23639-JKS    Doc 105    Filed 01/14/24    Entered 01/15/24 00:16:40    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 137 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519049068 | ^ | MEBN | Jan 12 2024 20:50:14 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 519975313 | + | Email/Text: bkteam@selenefinance.com | Jan 12 2024 20:52:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519975314 | + | Email/Text: bkteam@selenefinance.com | Jan 12 2024 20:52:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 519119666 | + | Email/Text: bankruptcy@bsifinancial.com | Jan 12 2024 20:52:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, C/O BSI Financial Services, Inc., 314 South Franklin Street,, P.O. Box 517, Titusville, PA 16354-0517 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MEB Loan Trust IV, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NWL Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Yvette C Johnson ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor MEB Loan Trust IV smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor Wilmington Savings Fund Society FSB skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 137 | Total Noticed: 48 |

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8