**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   YVETTE C JOHNSON

Order Filed on January 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  20-23639 JKS

Hearing Date:  1/11/2024

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 12, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): YVETTE C JOHNSON

Case No.: 20-23639

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 01/11/2024 on notice to SCOTT E TANNE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $452.00 starting on 1/1/2024 for the remaining 24 month(s).

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23639-JKS |
| Yvette C Johnson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette C Johnson, 754 Jefferson Avenue, Elizabeth, NJ 07201-1240 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 14, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NWL Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Yvette C Johnson ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust smncina@raslg.com |
| Sindi Mncina | |

District/off: 0312-2 | User: admin | Page 2 of 2

Date Rcvd: Jan 12, 2024 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor MEB Loan Trust IV smncina@raslg.com

Steven P. Kelly

on behalf of Creditor Wilmington Savings Fund Society  FSB skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8