UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCOTT E. TANNE, ESQ., P.C.**
70 Bloomfield Ave., Suite 203
Pine Brook, NJ 07058
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

Order Filed on August 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Yvette C. Johnson**,
Debtor(s)

Case No.: 20-23639-JKS

Adv. No.:

Hearing Date:

Judge: Sherwood

# ORDER FOR SUPPLEMENTAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 13, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Yvette C. Johnson
Case No.:  20-23639-JKS
Caption of Order:  Order for Supplemental Allowance of Compensation and Reimbursement to Attorney for Debtors

---

Upon consideration of Debtor's Attorneys application for an order requesting

supplemental allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered…………….. $303.64

and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)), shall be paid in the following manner:

Through the debtor's Chapter 13 Plan.

The debtor's monthly Plan is modified to require a payment of $520.00 per month for the remaining 17 months to allow for payment of the above fee.  Increased Plan payments to commence August 2024.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.