Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20−23639−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yvette C Johnson
    aka Yvette Loftin
    754 Jefferson Avenue
    Elizabeth, NJ 07201
Social Security No.:
    xxx−xx−1857

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/14/25 at 10:00 AM

to consider and act upon the following:

*137* – Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Nathalie Rodriguez on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust. Objection deadline is 07/24/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Rodriguez, Nathalie)

*138* – Certification in Opposition to Mortgagee Certification of Default (related document:137 Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Nathalie Rodriguez on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust. Objection deadline is 07/24/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust) filed by Scott E. Tanne on behalf of Yvette C Johnson. (Attachments: # 1 Mortgage Statement # 2 Facsimile Certification # 3 Certificate of Service) (Tanne, Scott)

Dated: 7/24/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court