Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23639−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvette C Johnson
   aka Yvette Loftin
   754 Jefferson Avenue
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−1857

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/14/25 at 10:00 AM

to consider and act upon the following:

*137* − Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Nathalie Rodriguez on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust. Objection deadline is 07/24/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Rodriguez, Nathalie)

*138* − Certification in Opposition to Mortgagee Certification of Default (related document:137 Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Nathalie Rodriguez on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust. Objection deadline is 07/24/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust) filed by Scott E. Tanne on behalf of Yvette C Johnson. (Attachments: # 1 Mortgage Statement # 2 Facsimile Certification # 3 Certificate of Service) (Tanne, Scott)

Dated: 7/24/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23639-JKS |
| Yvette C Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 24, 2025 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

**Recip ID        Recipient Name and Address**
db            +  Yvette C Johnson, 754 Jefferson Avenue, Elizabeth, NJ 07201-1240

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:**

**Name          Email Address**

Cory Francis Woerner
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION cwoerner@raslg.com

Denise E. Carlon
    on behalf of Creditor NWL Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com  NJbkyecf@flwlaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Nathalie Rodriguez
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Scott E. Tanne
    on behalf of Debtor Yvette C Johnson ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

Sindi Mncina
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust smncina@raslg.com

Sindi Mncina
    on behalf of Creditor MEB Loan Trust IV smncina@raslg.com

Steven P. Kelly
    on behalf of Creditor Wilmington Savings Fund Society  FSB skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 11