UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Nathalie C Rodriguez, Esq. (435332023)

**Order Filed on September 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**Yvette C Johnson,**

**aka Yvette Loftin,**

     **Debtor.**

Case No.:    20-23639-JKS

Chapter:    13

Hearing Date:  August 14, 2025

Judge:    John K. Sherwood

## ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

     The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: September 3,
2025**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

Secured Creditor: SELENE FINANCE LP, U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF ACQUISITION TRUST

Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Debtors' Counsel: Scott E. Tanne, Esq.

Property Involved ("Collateral"): 754 Jefferson Avenue, Elizabeth, NJ 07201.

Relief sought:          ■ Certification of Default

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.        Status of post-petition arrearages:

   ■ The Debtor has brought the account current subsequent to the filing of the Certification of Default on <u>June 3, 2025</u>.

   Suspense Balance  (<u>$1,265.86</u>)

2.    Post-petition payments:

   ■ Beginning on <u>09/01/2025</u>, regular monthly mortgage payments shall be timely remitted to Secured Creditor in the amount **$1,277.63** or pursuant to periodic adjustments and any Notice of Payment Change(s) filed on the docket.

3.    Payments to the Secured Creditor shall be made to the following address(es):

   ■ Regular monthly payment:  <u>Selene Finance, LP</u>
                              <u>Attn: BK Dept</u>
                              <u>3501 Olympus Boulevard</u>
                              <u>Dallas, Texas  75019</u>

4.    In the event of Default:

   ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

   ■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of

conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5.      Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of <u>$200.00</u>.

The fees and costs are payable:

■ To the Secured Creditor within __**30**__ days.