UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
**70 Bloomfield Ave., Suite 203**
**Pine Brook, NJ 07058**
**(973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for the Debtor(s)**

Order Filed on October 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Yvette C. Johnson**,
Debtor(s)

Case No.: 20-23639-JKS

Adv. No.:

Hearing Date:

Judge: Sherwood

**ORDER FOR SUPPLEMENTAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT TO ATTORNEY FOR DEBTOR(S)**

The relief set forth on the following pages is hereby **ORDERED**.

DATED: October 17, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Yvette C. Johnson
Case No.: 20-23639-JKS
Caption of Order: Order for Supplemental Allowance of Compensation and Reimbursement to Attorney for Debtors

___

Upon consideration of Debtor's Attorneys application for an order requesting

supplemental allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered…………….. $945.44

and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)), shall be paid in the following manner:

Directly by Debtor to Debtor's Attorney.

The debtor's monthly Plan is modified to require a payment of n/a per month for the remaining n/a months to allow for payment of the above fee. Increased Plan payments to commence n/a.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23639-JKS |
| Yvette C Johnson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette C Johnson, 754 Jefferson Avenue, Elizabeth, NJ 07201-1240 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 19, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor NWL Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com NJbkyecf@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| Scott E. Tanne | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Yvette C Johnson ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Sindi Mncina | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust smncina@raslg.com |
| Sindi Mncina | |
| | on behalf of Creditor MEB Loan Trust IV smncina@raslg.com |
| Steven P. Kelly | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 11