UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
**Yvette C Johnson**

Case No.      **20-23639-JKS**

Chapter:      **13**

Judge:      **Sherwood**

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Yvette C Johnson**_____, debtor in this case certify as follows:

1.         All payments required to be made by me under my plan have been made and are paid in full.

2.     ☑     I am not required to pay domestic support obligations.

         ☐     I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:      **January 30, 2026**

     **/s/ Yvette C. Johnson**
     **Yvette C Johnson**
     Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*